■ BRUCE J. PAGE, SR., et al., Respondents, v VINCENT LABUZZETTA, JR., Defendant and Third-Party Plaintiff-Respondent. ANTHONY FONSECA et al., Doing Business as S & D CONSTRUCTION COMPANY, Third-Party Defendants-Appellants.—Orders, Supreme Court, Otsego County, entered September 28, 1976 and September 30, 1976, affirmed, without costs, on the opinion of Mr. Justice Zeller at Special Term. Koreman, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.